# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GREGORY J. REAUX

NO. 2019 KW 1109

OCT 1 8 2019

---

In Re:   Gregory J. Reaux, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 471010.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** Relator has previously exhausted his right to state collateral review. See **State ex rel. Reaux v. State**, 2016-0701 (La. 9/6/17), 225 So.3d 1065 (*per curiam*). Inmates are not entitled to documents when their postconviction claims are time barred or not cognizable on collateral review. See **State ex rel. Brown v. State**, 2003-2568 (La. 3/26/04), 870 So.2d 976 (*per curiam*).

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT